and argument would not aid the decisional process.

*AFFIRMED.*

**Joann SAMPSON, Plaintiff–Appellant,**

v.

**Glenn MANYOR, Individually and in his official capacity as Sheriff of Robeson County; James Woodrow Jacobs, a/k/a J.W. Jacobs, Individually and in his official capacity as a Deputy Sheriff of Robeson County; Charles Tommy Strickland, a/k/a C.T. Strickland, Individually and in his official capacity as a Deputy Sheriff of Robeson County, Defendants–Appellees.**

No. 02–1114.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2002.

Decided Sept. 20, 2002.

William L. Davis, III, Lumberton, North Carolina, for Appellant. Mark A. Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellee.

---

\* We note that it is unnecessary to determine whether Defendants benefitted from Eleventh Amendment immunity as Sampson demon-

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joann Sampson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.\* *Sampson v. Manyor,* Nos. CA–99–51–7–F; CA–99–69–7–F (E.D.N.C. Dec. 19, 2001). We grant Appellees' motion to decide this appeal on the briefs without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Glenn R. SCAGGS; Jamie Scaggs, Plaintiffs–Appellants,**

v.

**McGINNIS BROTHERS, INCORPORATED, d/b/a McCorkle Machine & Engineering, a West Virginia Corporation, Defendant–Appellee,**

and

**Sulzer Metco (US) Incorporated, a foreign corporation with offices in New York; Eutectic Corporation, a foreign corporation with offices in Illinois;**

---

strated no constitutional violation. *See Belcher v. Oliver,* 898 F.2d 32, 36 (4th Cir.1990).

Wall Colmonoy Corporation, a foreign corporation with offices in Michigan; Ervin Industries, a foreign corporation with offices in Michigan; Barnsteel Abrasives, a foreign corporation with offices in Pennsylvania; Peerless Metal Powders & Abrasives, Incorporated, a foreign corporation with offices in Michigan; Globe Steel Abrasives, a foreign corporation with offices in Ohio; Steel Abrasives, Incorporated, a foreign corporation with offices in Ohio; Bay State Abrasives, Incorporated, a foreign corporation with offices in Massachusetts; Stellite Coatings, a division of Deloro Stellite Company, Incorporated, a foreign corporation with offices in Indiana; OMG Americas, Incorporated, formerly known as SCM Metal Products, Incorporated, a foreign corporation with offices in North Carolina, Defendants.

No. 02–1269.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 13, 2002.

Decided Sept. 20, 2002.

David Harley Carriger, Law Offices of Stuart Calwell, Charleston, West Virginia, for Appellants. Jay M. Potter, Schumacher, Francis & Nelson, Charleston, West Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Glenn R. Scaggs and Jamie Scaggs appeal the district court's order granting Defendants summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Scaggs v. McGinnis Bros., Inc.,* No. CA–99–819 (S.D.W.Va. Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*